# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATE OF AMERICA,

        Plaintiff,

VS.

BILLY B. WILSON, JR.,

        Defendant,
_____/
CHARLES J. HOLZMAN (P35625)
TAMARA PEARSON (P56265)
Holzman Corkery, PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
_____/

Case Number: 05-72261

Honorable: Robert H. Cleland

Claim Number: 1997A11696

## ORDER FOR WAGE ASSIGNMENT

In accordance with the Stipulation of the parties: It is hereby ordered that INNOVATIVE CONSTRUCTION CONCEPTS, INC. deduct the sum of $32.50 per bi-weekly from the wages of said defendant, BILLY B. WILSON, JR. social security number: XX-XX-3546 and transmit such sum to:

        **U.S. Department of Justice**
        **NCIF**
        **P.O. Box 790363**
        **St. Louis, MO  63179-0363**

        **Please include account number 1997A11696.**

This wage assignment is to remain in effect until the balance of **$9,607.95 plus accruing interest** is satisfied.  In the event that BILLY B. WILSON JR. is not receiving wages from employment at the INNOVATIVE CONSTRUCTION CONCEPTS, INC. for any reason, BILLY B. WILSON JR. shall continue to make the payments set forth in the Stipulation for Wage Assignment.  The office of HOLZMAN CORKERY, PLLC., Attorney for UNITED STATES OF AMERICA will notify INNOVATIVE CONSTRUCTION CONCEPTS, INC. when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon INNOVATIVE CONSTRUCTION CONCEPTS, INC. Payroll Department by Holzman Corkery, PLLC, attorney for Plaintiff.

      s/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated: July 11, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 11, 2014, by electronic and/or ordinary mail.

      s/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522